**DISMISS; and Opinion Filed November 16, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00350-CR

### BRANDON EDWARD COLEMAN, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 399th Judicial District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2017CR7016**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Brown

The clerk's record shows that the trial court entered final judgment on February 21, 2018.

Appellant timely filed a notice of appeal on March 13, 2018 and a motion for new trial on March

23, 2018. By letter dated October 29, 2018, appellant informed the Court that the trial court granted

appellant's motion for new trial in this cause only. With respect to cause numbers 05-18-00349-

CR and 05-18-00351-CR, appellant's briefs have been filed and the State's briefs are currently

due. We have reviewed the clerk's record and confirmed that the motion for new trial was granted.

We dismiss this appeal for want of jurisdiction. TEX. R. APP. P. 21.9. *See Waller v. State*,

931 S.W.2d 640, 643-44 (Tex. App.—Dallas 1996, no pet.).

/Ada Brown/

Do Not Publish
TEX. R. APP. P. 47.2(b)

ADA BROWN
JUSTICE

180350F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BRANDON EDWARD COLEMAN,
Appellant

No. 05-18-00350-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 399th Judicial District
Court, Bexar County, Texas
Trial Court Cause No. 2017CR7016.
Opinion delivered by Justice Brown.
Justices Bridges and Whitehill
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 16th day of November, 2018.